ALEXANDER B. CVITAN (SBN 81746),
Email: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720), and Members of
Email: marshah@rac-law.com
PETER A. HUTCHINSON (SBN 225399), Members of
Email: peterh@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone (213) 386-3860; Facsimile (213) 386-5583

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALTY CONTRACTING COMPANY, a Nevada corporation doing business as DIVERSIFIED DEMOLITION COMPANY; DIVERSIFIED CONCRETE CUTTING, INC., a Nevada corporation; KENNETH MICHAEL MERCURIO, an individual also known as KENNETH MICHAEL MERCURIO, JR.; etc., et al.,<br><br>Defendants. | CASE NO.: 8:17-cv-02136 JVS(KESx)<br><br>**DEFAULT SEVERAL JUDGMENT AGAINST DEFENDANT KENNETH MICHAEL MERCURIO**<br><br><br>**[Hon. James V. Selna]** |

/ / /

354929.2

1

The Defendant, KENNETH MICHAEL MERCURIO, an individual also known as KENNETH MICHAEL MERCURIO, JR. ("MERCURIO") having been regularly served with process and having failed to appear and answer the Plaintiff's First Amended Complaint, the Default of MERCURIO has been entered.

MERCURIO is not an infant or incompetent person, and the Servicemembers Civil Relief Act of 2003 is not applicable to this suit or to MERCURIO.

The issue of the amount of damages was submitted to the Court by motion supported by Declarations.

Based upon the Motion for Default Several Judgment and the Declarations submitted and all other records and documents on file:

**IT IS HEREBY ORDERED ADJUDGED AND DECREED that**: Judgment is entered in favor of Plaintiff, **CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC**, the administrator, agent for collection and a fiduciary to the Construction Laborers Vacation Trust for Southern California; **and against Defendant, KENNETH MICHAEL MERCURIO, an individual also known as KENNETH MICHAEL MERCURIO, JR.** as follows:

- **Principal** (consisting of $56,382.42 in Vacation Contributions, $11,276.48 in liquidated damages):   **$67,658.90**
- **Interest through February 7, 2019:**   $ 7,697.38
- **Attorney's Fees:**   $ 4,306.36
- **Costs:**   $    565.00
-         **TOTAL:**   $ 79,662.64

/ /
/ /

354929.2

2

The Court finds there is no just reason for delay in the entry of a final several judgment against MERCURIO pending the conclusion of the bankruptcy proceedings by Defendants, Specialty Contracting Company, a Nevada corporation doing business as Diversified Demolition Company and Diversified Concrete Cutting, Inc., a Nevada corporation.

DATED: May 06, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE